

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Evelyn Mitchum and All Other Occupants
of 7144 Canyon Ridge Drive, Dallas, Texas
75227, Appellants

No. 06-13-00077-CV          v.

Wells Fargo Bank, N.A., Appellee

Appeal from the County Court at Law No 5
of Dallas County, Texas (Tr. Ct. No. CC-
13-03197-E).  Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley participating.

 

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Evelyn Mitchum, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk